IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES A. LEWIS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.    14-cv-280-jdp

ANGELA MCLEAN, MEENA JOSEPH,
PAUL BROWN-LUCAS, JOHN HACKETT,
CHRISTOPHER FOLEY,
JOSEPH CICHINOWICZ, BRENT BROWN,
JONI-SHANNON-SHARPE and
THOMAS TAYLOR,

    Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(2) granting Angela McLean, Meena Joseph, Paul Brown-Lucas, John Hackett, Christopher Foley, Joseph Cichinowicz, Brent Brown, Joni Shannon-Sharpe and Thomas Taylor's motion for summary judgment; and

(3) dismissing plaintiff's state-law medical malpractice claim without prejudice to his refiling them in state court.

| /s/ | 1/7/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |