IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2016 FEB -4 AM 11:07
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

JAMES A. LEWIS,

    Plaintiff-Appellant

v.

Case No. 14-CV-280jdp

ANGELA MCLEAN, MEENA JOSEPH,
PAUL BROWN-LUCAS, JOHN HACKETT,
CHRISTOPHER FOLEY, JOSEPH CICHINOWICZ,
BRENT BROWN, JONI SHANNON-SHARPE, and
THOMAS TAYLOR,

    Defendant-Respondents.

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff-appellant, James A. Lewis, in the above-captioned case hereby appeal the United States Court of Appeals for the Seventh Circuit from the court order **DENYING** him assistance recruiting counsel, Dkt. 70; the court order **DENYING** his motion to compel, Dkt. 33; **DENYING** his motion for sanctions, Dkt. 79; **GRANTING** defendant's motion for summary judgment; **DENYING** plaintiff's motion for summary judgment; **DENYING** plaintiff's motion for denial of defendant's motion for summary judgment; and **DISMISSING** plaintiff's state-law medical malpractice claim from an Order & Opinion entered in this action on January 6, 2016.

Signed and dated this 1st day of February, 2016.

*James Lewis*

JAMES A. LEWIS #486324
Plaintiff / Pro se
W.S.P.F.
P.O. Box 9900
Boscobel, WI 53805