IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES A. LEWIS,

       Plaintiff,                                     ORDER

v.

                                          14-cv-280-jdp

ANGELA MCLEAN, et al.                        App. No.  16-1220

       Defendants.

Plaintiff James A. Lewis has filed a notice of appeal from the court's January 6, 2016 order.  To date, however, plaintiff has not paid the appellate docketing fee nor requested leave to proceed without prepayment.  For this appeal to proceed, plaintiff must pay the $505 appellate fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 3, 2016.

ORDER

IT IS ORDERED that plaintiff James A. Lewis may have until March 3, 2016 to either (1) pay the $505 appellate docketing fee; or (2) submit a motion for leave to proceed without prepayment of the appellate fee along with a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2).  Failure to comply as directed may result in the dismissal of this appeal.

Entered this 10th day of February, 2016.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

JAMES A. LEWIS,

      Plaintiff,                                     ORDER

v.

                                            Case No.  14-cv-280-jdp

ANGELA MCLEAN, et al.                         App. No.  16-1220

      Defendants.

**PRISONER REQUEST TO PROCEED IN DISTRICT COURT**
**WITHOUT PREPAYING THE FULL APPEAL FEE**

Answer the following questions to the best of your ability.
**Note**: If you do not tell the truth, the court may dismiss your lawsuit.

**I.**      **Personal Information**

1)      Your name: _____

      (a)      State the place of your incarceration and provide your prisoner identification number:

      _____    _____
                        (place)                                    (number)

      (b)      Are you employed at the institution?          □Yes        □ No

      (c)      Do you receive any payment from the institution?    □Yes      □ No

**Attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of this request and showing the current balance of your account.**

2)      Do you have any dependents that you are responsible for supporting?

      □ Yes          □ No

      If "yes," list them below.

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.**     **Property or Assets:** - If you are married, your answers must *include your spouse's property.*

1 )     Do you own a car?

□ Yes              □ No                                    If "yes," list the car(s) below:

Make and Model                                 Year          Approximate Current Value

_____     _____     $_____

_____     _____     $_____

2)     Do you own your home(s)?          □ Yes          □ No

If "Yes," state the approximate value(s).     $ _____

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)?  $ _____

3)     Do you have any cash or checking, savings, or other similar accounts?
□ Yes     □ No

If "Yes," state the total of such sums.          $ _____

4)     Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

□ Yes              □ No

If "Yes," describe the property and the approximate value(s).

_____

_____

**III.     Litigation History**

For each federal lawsuit that you recall having filed, list as much of the following information that you remember about each case: The name of the case (that is, the plaintiffs and the defendants), the case number or year of filing, and the federal district in which you filed the case. Use more paper if needed.

| Case Name (Plaintiffs and defendants) | Case number (or year of filing) | Federal district |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**IV.**   <u>**Other Circumstances**</u> - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

I, _____, declare that I am the plaintiff bringing this complaint.  I declare that I am unable to prepay the full filing fee and that I am entitled to the relief sought in the complaint.


_____        _____
Date                                   **Signature - Signed Under Penalty of Perjury**