IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES A. LEWIS,

                Plaintiff,

v.                                              ORDER

ANGELA MCLEAN and JOSEPH                14-cv-280-jdp
CICHANOWICZ,[1]

                Defendants.

---

      This case is back before this court on remand from the Seventh Circuit, which vacated in part and affirmed in part this court's summary judgment order. Dkt. 111. I received the mandate remanding the case on August 14, 2107, and now I must determine how best to proceed.

      The Seventh Circuit suggested that, on remand, I recruit counsel for plaintiff James A. Lewis, a pro se litigant; reopen discovery; and reassess my decision to relinquish jurisdiction over the state-law medical malpractice claim against defendant Angela McLean. I will do just that. I will stay the case to recruit counsel for Lewis. Once counsel is located, the court will hold a status conference to reopen discovery, determine whether Lewis wishes to reassert his medical malpractice claim, and set a schedule for trial.

---

[1] I have updated the caption to reflect the correct spelling of Joseph Chicanowicz's name.

ORDER

IT IS ORDERED that the proceedings are STAYED pending recruitment of counsel for plaintiff James A. Lewis. If I find counsel willing to represent plaintiff, I will advise the parties of that fact. Soon thereafter, a status conference will be held to establish a new schedule for resolution of the case.

Entered August 24, 2017.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge