IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES A. LEWIS,

                         Plaintiff,

      v.                                                              ORDER

ANGELA MCLEAN and JOSEPH                             14-cv-280-jdp
CICHANOWICZ,

                         Defendants.

---

      This case is back before this court on remand from the Seventh Circuit, which reinstated pro se plaintiff James A. Lewis's Eighth Amendment deliberate indifference claims against defendants and suggested that I reassess my decision to relinquish jurisdiction over the state-law medical malpractice claim against defendant Angela McLean. Dkt. 111. In an August 24, 2017 order, I stayed the proceedings to recruit counsel for Lewis. Dkt. 112.

      The court has now located counsel. Attorney Reed Cornia of the law firm Cornia Law, LLC, has agreed to represent Lewis, with the understanding that he will serve with no guarantee of compensation for his services. It is the court's intention that the scope of representation extends to proceedings in this court only.[1]

      Lewis should understand that because he is now represented in this case, he may not communicate directly with the court from this point forward. He must work directly with his lawyer and must permit his lawyer to exercise professional judgment to determine which

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a notice of appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

matters are appropriate to bring to the court's attention and in what form. Lewis does not have the right to require counsel to raise frivolous arguments or to follow every directive he makes. He should be prepared to accept the strategic decisions made by his lawyer even if he disagrees with some of them. If Lewis decides at some point not to work with this lawyer, he is free to end the representation, but he should be aware that it is unlikely that the court will recruit another lawyer to represent him.

ORDER

IT IS ORDERED that the clerk of court is directed to set a telephone conference before Magistrate Judge Stephen Crocker to reopen discovery, determine whether Lewis wishes to reassert his medical malpractice claim, and set a schedule for trial.

Entered January 29, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge