IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES A. LEWIS,

    Plaintiff,

v.

Case No. 14-cv-280-jdp

ANGELA MCLEAN, MEENA JOSEPH,
PAUL BROWN-LUCAS, JOHN HACKETT,
CHRISTOPHER FOLEY, JOSEPH CHICHANOWICZ,
BRENT BROWN, JONI SHANNON-SHARPE and
THOMAS TAYLOR,

    Defendants.

## AMENDED JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) dismissing plaintiff James A. Lewis' claims against Meena Joseph, Paul Brown-Lucas, John Hackett, Christopher Foley, Brent Brown, Joni Shannon-Sharpe and Thomas Taylor;

(2) dismissing plaintiff's state-law medical malpractice claim without prejudice to his refiling them in state court.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Angela McClean and Joseph Cichanowicz in accordance with the jury's verdict.

Approved as to form this 8TH day of January, 2019.

_____
James D. Peterson
District Judge

_____    1/9/19
Peter Oppeneer                           Date
Clerk of Court