# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

---

James A. Lewis

Plaintiff,

v.

Angela McLean, et al.

Defendant.

NOTICE OF APPEAL

Case No.

Dist. Court. Case # 14cv280

---

Notice is given that the plaintiff/~~defendant~~, James A. Lewis, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on March 6, 2019.

Dated and signed this 27th day of March, 2019.

Grant County - Boscobel, Wisconsin.

_____
(Signature) James Lewis

P.O. Box 1000
(Street Address)

Boscobel, WI 53805
(City, State, Zip)